# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 49TH JUDICIAL DISTRICT COURT OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 11, 2013, the cause upon appeal to revise or reverse your judgment between

Thomas A. Lamont, L.O.G. Energy Development, Ltd., Rosendo A. Carranco, and Montecristo Energy II, Ltd. (Appellant/Cross Appellee), Appellant

V.

Vaquillas Energy Lopeno, Ltd., LLP and JOB Energy Partners II, Ltd. (Appellee/ Cross-Appellant), Appellee

No. 04-12-00219-CV and Tr. Ct. No. 2008-CVF000353D1

was determined, and therein our said Court of Appeals made its order in these words:

**We withdraw our opinion and judgment dated September 18, 2013, and substitute this opinion and judgment in their place. In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are taxed against Appellants Thomas A. Lamont, L.O.G. Energy Development, Ltd., Rosendo A. Carranco, and Montecristo Energy II, Ltd.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 9, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-12-00219-CV

**Thomas A. Lamont, L.O.G. Energy Development, Ltd., Rosendo A. Carranco, and Montecristo Energy II, Ltd. (Appellant/Cross Appellee)**

**v.**

**Vaquillas Energy Lopeno, Ltd., LLP and JOB Energy Partners II, Ltd. (Appellee/ Cross-Appellant)**

(NO. 2008-CVF000353D1 IN 49TH JUDICIAL DISTRICT COURT OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | BYRON C. KEELING |
| MOTION FEE | $15.00 | E-PAID | BYRON C. KEELING |
| MOTION FEE | $10.00 | E-PAID | BYRON C. KEELING |
| COPIES | $56.50 | PAID | MELANIE ANN CASTILLO |
| COPIES | $5.00 | PAID | BEIRNE MAYNARD & PARSONS |
| MOTION FEE | $10.00 | E-PAID | BEIRNE MAYNARD & PARSONS |
| MOTION FEE | $10.00 | E-PAID | BYRON C. KEELING |
| MOTION FEE | $10.00 | E-PAID | BEIRNE MAYNARD & PARSONS |
| MOTION FEE | $10.00 | E-PAID | BEIRNE MAYNARD & PARSONS |
| MOTION FEE | $10.00 | E-PAID | BEIRNE MAYNARD & PARSONS |
| MOTION FEE | $10.00 | E-PAID | BEIRNE MAYNARD & PARSONS |
| MOTION FEE | $10.00 | E-PAID | BYRON C. KEELING |
| MOTION FEE | $10.00 | E-PAID | BYRON C. KEELING |
| MOTION FEE | $10.00 | E-PAID | BYRON C. KEELING |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | BEIRNE MAYNARD & PARSONS |
| INDIGENT | $25.00 | PAID | BEIRNE MAYNARD & PARSONS |
| FILING | $100.00 | PAID | BEIRNE MAYNARD & PARSONS |
| FILING | $100.00 | E-PAID | BYRON C. KEELING |
| INDIGENT | $25.00 | E-PAID | BYRON C. KEELING |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | BYRON C. KEELING |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 9, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853